THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-158 |
| | : (JUDGE MARIANI) |
| DONALD ROYCE, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS 13th DAY OF OCTOBER, 2017, upon consideration of the Government's Motion to Disqualify Attorney Murdock Walker as Counsel for Defendant Royce, (Doc. 14), **IT IS HEREBY ORDERED THAT** the Government's Motion is **GRANTED.** Attorney Walker is **DISQUALIFIED** as counsel for Defendant Royce.

Robert D. Mariani
United States District Judge