THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DONALD ROYCE,

    Defendant.

: 3:17-CR-158
: (JUDGE MARIANI)

**ORDER**

AND NOW, THIS 13th DAY OF DECEMBER 2021, for the reasons set forth in the separately filed Memorandum Opinion, the Court finds, by a preponderance of the evidence, that Defendant Donald Royce is competent to stand trial and **IT IS HEREBY ORDERED** that the case against Defendant Royce shall proceed accordingly.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge