## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
                                    :

    v.    :    **3:17-CR-158**
                                      :    **(JUDGE MARIANI)**

DONALD ROYCE,    :
                                      :

          Defendant.    :

## ORDER

AND NOW, THIS _____ DAY OF JUNE, 2026, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Donald Royce's "Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e)" (Doc. 161) is **DENIED**.

 

 

_____
Robert D. Mariani
United States District Judge